UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Paul Pflumm (006912002)
McDOWELL LAW, PC
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
ppflumm@mcdowelllegal.com
Attorneys for LCL Management, LLC
and Sunset Associates LLC , Landlord

**Order Filed on May 28, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Marquan Mutazz,

Debtor.

Case No.: 24-13841-MBK

Adv. No.:

Hearing Date: May 8, 2024

Judge: Michael B. Kaplan

**ORDER RESOLVING CROSS MOTION DETERMINING THE AUTOMATIC STAY SHALL TERMINATE PURSUANT TO 11 U.S.C. § §362(c)(3)(A)**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: May 28, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court by way of the Debtor's Motion For Continuance of the Automatic Stay by and through his attorney, Kevin Fayette, and Sunset Associates LLC having filed a Cross-Motion for an Cross-Motion for a Determination that the Automatic Stay Shall Terminate Pursuant to 11 U.S.C. § 362(c)(3)(A) , by and through its attorneys, McDowell Law PC, and the Parties desiring to resolve the matter consensually, and the Debtor's Motion For Continuance of the Automatic Stay having been granted by agreement, and the Debtor having paid the May rent on or before May 15, 2024, as agreed, and for good cause shown:

IT IS HEREBY ORDERED:

1. The Debtor shall modify his Chapter 13 Plan to provide that his rent arrears to Sunset Associates LLC will be cured within one (1) year; and

2. For the remainder of this Chapter 13 case, the automatic stay can be lifted by Certification of Default, if the monthly rent obligation is unpaid for fourteen (14) days after becoming due on the first of the month.

........