Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2024 to 12/31/2024

**Chapter 13 Case No. 24-13841 / MEH**

Marquan Mutazz

Petition Filed Date: 04/16/2024
341 Hearing Date: 05/16/2024
Confirmation Date: 07/24/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/03/2024 | $780.00 | 1963915704 | 06/21/2024 | $1,085.00 | 98433690 | 07/18/2024 | $1,085.00 | 98879850 |
| 08/09/2024 | $502.00 | 3269 | 08/27/2024 | $502.00 | 3296 | 09/06/2024 | $502.00 | 3337 |
| 09/30/2024 | $502.00 | 3424 | 10/08/2024 | $502.00 | 3509 | 10/18/2024 | $502.00 | 3542 |
| 11/01/2024 | $502.00 | 3603 | 11/13/2024 | $502.00 | 3654 | 12/02/2024 | $502.00 | 3730 |
| 12/12/2024 | $502.00 | 3787 | 12/27/2024 | $502.00 | 3827 | | | |

**Total Receipts for the Period: $8,472.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $8,974.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Marquan Mutazz | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kevin C. Fayette, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,150.00 | $2,198.28 | $1,951.72 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2021;2023 | Priority Creditors | $864.90 | $0.00 | $864.90 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $484.89 | $0.00 | $484.89 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,564.46 | $0.00 | $3,564.46 |
| 4 | NJ DIVISION OF TAXATION<br>»» 2004, 2007, 2017 | Secured Creditors | $4,217.36 | $0.00 | $4,217.36 |
| 5 | NJ DIVISION OF TAXATION<br>»» 2013, 2017-2019 | Unsecured Creditors | $1,696.82 | $0.00 | $1,696.82 |
| 6 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,473.57 | $0.00 | $1,473.57 |
| 7 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $836.00 | $0.00 | $836.00 |
| 8 | COUNTY EDUCATORS FEDERAL CREDIT UNION<br>»» JUDGMENT #VJ-005292-18/DJ-106668-18 | Unsecured Creditors | $1,917.08 | $0.00 | $1,917.08 |
| 9 | CREDIT ACCEPTANCE CORPORATION<br>»» 2007 HUMMER H3 | Debt Secured by Vehicle | $1,192.73 | $0.00 | $1,192.73 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured Creditors | $14,315.67 | $0.00 | $14,315.67 |
| 11 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS & ADM CLAIMS | Unsecured Creditors | $55,533.61 | $0.00 | $55,533.61 |
| 12 | WESTLAKE SERVICES, LLC<br>»» 2010 CADILLAC SRX | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-13841 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 13 | Verizon by American InfoSource as Agent | Unsecured Creditors | $68.32 | $0.00 | $68.32 |
| 14 | Verizon by American InfoSource as Agent | Unsecured Creditors | $522.45 | $0.00 | $522.45 |
| 15 | SUNSET ASSSOCIATES, LLC<br>»» APT LEASE | Secured Creditors | $9,124.40 | $4,833.27 | $4,291.13 |
| 16 | American Eagle Automotive, LLC<br>»» LOMAN SALES & SERVICES | Unsecured Creditors | $2,389.95 | $0.00 | $2,389.95 |
| 17 | CREDIT ACCEPTANCE CORPORATION<br>»» 2007 HUMMER H3/ATTY FEES 10/23/24 | Debt Secured by Vehicle | $524.00 | $0.00 | $524.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,974.00 | Plan Balance: | $29,278.00 ** |
| Paid to Claims: | $7,031.55 | Current Monthly Payment: | $1,085.00 |
| Paid to Trustee: | $564.46 | Arrearages: | ($599.00) |
| Funds on Hand: | $1,377.99 | Total Plan Base: | $38,252.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**