Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 24-13841 / MEH**

Marquan Mutazz

Petition Filed Date: 04/16/2024
341 Hearing Date: 05/16/2024
Confirmation Date: 07/24/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2025 | $502.00 | 3858 | 01/27/2025 | $502.00 | 3900 | 02/07/2025 | $502.00 | 4011 |
| 02/19/2025 | $502.00 | 4065 | 03/12/2025 | $502.00 | 4119 | 03/25/2025 | $502.00 | 4156 |
| 04/01/2025 | $502.00 | 4210 | 04/25/2025 | $502.00 | 4290 | 04/30/2025 | $502.00 | 4337 |
| 05/14/2025 | $502.00 | 4371 | 05/29/2025 | $502.00 | 4438 | 06/10/2025 | $502.00 | 4472 |
| 07/01/2025 | $502.00 | 4512 | 07/15/2025 | $502.00 | 4585 | 07/22/2025 | $502.00 | 4619 |
| 08/09/2025 | $502.00 | 4637 | 09/03/2025 | $502.00 | 4748 | 09/03/2025 | $502.00 | 4720 |
| 09/17/2025 | $502.00 | 4819 | 09/30/2025 | $502.00 | 4883 | 10/21/2025 | $502.00 | 4948 |
| 10/29/2025 | $502.00 | 5001 | 11/13/2025 | $502.00 | 5050 | 12/01/2025 | $502.00 | 5107 |
| 12/09/2025 | $502.00 | 5181 | 12/29/2025 | $502.00 | 5219 | 01/06/2026 | $502.00 | 5294 |
| 01/21/2026 | $502.00 | 5319 | 02/09/2026 | $502.00 | 5402 | 02/18/2026 | $502.00 | 5457 |

**Total Receipts for the Period: $15,060.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $23,532.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Marquan Mutazz | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kevin C. Fayette, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,150.00 | $4,150.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2021 TAX PERIOD | Priority Crediors | $864.90 | $717.42 | $147.48 |
| 2 | INTERNAL REVENUE SERVICE<br>»» PENALTY | Unsecured Creditors | $484.89 | $0.00 | $484.89 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,564.46 | $0.00 | $3,564.46 |
| 4 | NJ DIVISION OF TAXATION<br>»» TGI 2004;2007;2017 | Secured Creditors | $4,217.36 | $4,217.36 | $0.00 |
| 5 | NJ DIVISION OF TAXATION<br>»» TGI 2019; 2017-2019 RF/ COSTS 4/2013;10/2019 | Unsecured Creditors | $1,696.82 | $0.00 | $1,696.82 |
| 6 | LVNV FUNDING LLC<br>»» CREDIT ONE | Unsecured Creditors | $1,473.57 | $0.00 | $1,473.57 |
| 7 | LVNV FUNDING LLC<br>»» GENESIS/FIRST ELECTRONIC BANK | Unsecured Creditors | $836.00 | $0.00 | $836.00 |
| 8 | COUNTY EDUCATORS FCU<br>»» DJ-106668-18 | Unsecured Creditors | $1,917.08 | $0.00 | $1,917.08 |

**Chapter 13 Case No. 24-13841 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 9 | Credit Acceptance Corporation<br>»» 2007 HUMMER H3 | Debt Secured by Vehicle | $1,192.73 | $1,192.73 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured Creditors | $14,315.67 | $0.00 | $14,315.67 |
| 11 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS & ADM CLAIMS | Unsecured Creditors | $55,533.61 | $0.00 | $55,533.61 |
| 12 | WESTLAKE SERVICES, LLC<br>»» 2010 CADILLAC SRX | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 13 | Verizon by American InfoSource as Agent | Unsecured Creditors | $68.32 | $0.00 | $68.32 |
| 14 | Verizon by American InfoSource as Agent | Unsecured Creditors | $522.45 | $0.00 | $522.45 |
| 15 | SUNSET ASSSOCIATES, LLC<br>»» APT LEASE | Unsecured Creditors | $9,124.40 | $9,124.40 | $0.00 |
| 16 | American Eagle Automotive, LLC<br>»» LOMAN SALES & SERVICES/DC-004683-20 | Unsecured Creditors | $2,389.95 | $0.00 | $2,389.95 |
| 17 | Credit Acceptance Corporation<br>»» 2007 HUMMER H3/ATTY FEES ORDER 10/23/2 | Debt Secured by Vehicle | $524.00 | $524.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,532.00 | Plan Balance: | $14,720.00 ** |
| Paid to Claims: | $19,925.91 | Current Monthly Payment: | $1,085.00 |
| Paid to Trustee: | $1,746.69 | Arrearages: | ($1,052.00) |
| Funds on Hand: | $1,859.40 | Total Plan Base: | $38,252.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit [www.TFSBillPay.com](http://www.TFSBillPay.com) for more information.**

**View your case information online for *FREE*! Register today at [www.ndc.org](http://www.ndc.org) or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**