UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney For Credit Acceptance Corporation
Our File No. CB-2519-C

In Re:
MARQUAN MUTAZZ

Case No.: 24-13841

Judge: EJO

Chapter: 13

Recommended Local Form: ☑ Followed ☐ Modified

**CREDITOR'S**
**CERTIFICATION OF DEFAULT**

____Desiree Gelmete________________________ does hereby certify as follows:

1. I am a __Bankruptcy Specialist____________ for Credit Acceptance Corporation, a secured creditor of the debtor.

2. On October 23, 2024, an Order issued from this Court, a copy of which is attached hereto as an exhibit, providing for the cure of post-petition arrearages, and in default of such monthly payments for a thirty (30) day period, allowing the secured creditor ex parte relief to vacate the stay, with notice to the trustee, debtor and his attorney, if any.

3. Debtor has failed to comply with the aforesaid order:

☑ by missing payments and/or by failing to make the correct payments as summarized on the annexed schedule "A". (Local Form 16 or 16A).

☐ Other ______________________________________________________________.

4. This certification is being made in an effort to enforce the prior order of this court and to vacate the stay.

5. I certify the above facts to be true. I am aware that if the above facts are willfully false, I am subject to punishment.

Dated: 3/30/2026 /s/ Desiree Gelmete
Signature

*Rev. 7/1/04; jml*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Attorneys for Credit Acceptance Corporation

In Re:

MARQUAN MUTAZZ

Case No.: 24-13841

Hearing Date: ____________

Chapter: 13

Judge: MBK

**CERTIFICATION OF SECURED CREDITOR REGARDING POST-PETITION PAYMENT HISTORY ON VEHICLE LOAN/LEASE**

Desiree Gelmete of full age, employed as Bankruptcy Specialist by Credit Acceptance Corporation, hereby certifies the following information:

Vehicle lender/lessor: Credit Acceptance Corporation

Vehicle description: 2007 Hummer H3

**POST-PETITION PAYMENTS RECEIVED** (Petition filed on Order of 10/22/2025 )

| Amount due | Date Payment due | Date payment received | Amount received | How payment applied (mo./yr) | Type of payment (See Legend below) |
|---|---|---|---|---|---|
| 1. 1,090.16 | 10/10/2024 | 10/31/2024 | 1,091.00 | | |
| 2. 1,090.16 | 11/10/2024 | 12/20/2024 | 2,182.00 | | |
| 3. 1,090.16 | 12/10/2024 | 2/02/2025 | 935.00 | | |
| 4. 467.21 | 1/10/2025 | 2/12/2025 | 467.21 | | |
| 5. 467.21 | 2/10/2025 | 3/13/2025 | 467.21 | | |
| 6. 467.21 | 3/10/2025 | 4/9/2025 | 467.21 | | |
| 7. 467.21 | 4/10/2025 | 5/22/2025 | 467.21 | | |
| 8. 467.21 | 5/10/2025 | 6/4/2025 | 467.21 | | |

| Amount due | Date Payment due | Date Payment received | Amount Received | How Payment applied (mo./yr) | Type of Payment (See Legend below) |
|---|---|---|---|---|---|
| 9. 467.21 | 6/10/2025 | 7/16/2025 | 467.21 | | |
| 10. 467.21 | 7/10/2025 | | | | |
| 11. 467.21 | 8/10/2025 | | | | |
| 12. 467.21 | 9/10/2025 | | | | |
| Total 7,475.37 | | | 7,011.26 | | |

(Continue on attached sheets if necessary)

Monthly payments past due @ $ 1,011.48 per month from December 2025 to February 2026 :

$ 3,034.44

Plus miscellaneous amounts due:

Late Charges: $______

Repossession fees: $______

Extension fees: $______

Other : $______

**TOTAL POST-PETITION PAST DUE…………………………………. $** 3,034.44

---

Pre-petition arrears: ______ to ______

(______months x $______per month = $ 0.00 )

**Legend:** MP = monthly payment; EXF = Extension fee; LC = Late Charge O = Other*specify other payments received

I certify under penalty of perjury that the foregoing is true and correct.

3/30/26
Date of signature

/s/ Desiree Gelmete
Signature

*Local Form 16A. rev.8/1/06.jml*