UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CB-1870-C
Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esquire
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Attorney for Credit Acceptance Corporation

**Order Filed on October 22, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

MARQUAN MUTAZZ

Case No. 24-13841

Adv. No.

Hearing Date: 9-25-24

Judge: (MBK)

**ORDER FOR ARREARAGE CURE, REGULAR MONTHLY PAYMENTS, INSURANCE, COUNSEL FEES, AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES**

The relief set forth on page number two (2) through three (3) is hereby **ORDERED**.

**DATED: October 22, 2024**

**Honorable Mark E. Hall**
**United States Bankruptcy Judge**

**(Page 2)**
Debtor: Marquan Mutazz
Case No: 24-13841
Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel fees, and stay relief under certain circumstances

This matter having brought before this Court on a Motion For Stay Relief filed by William E. Craig, Esq., attorney for Credit Acceptance Corporation ("Credit Acceptance"), with the appearance of Kevin C. Fayette, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Credit Acceptance is the holder of a first purchase money security interest encumbering a 2007 Hummer H3 bearing vehicle identification number 5GTDN13E278120032.**
2. **That the Debtor's account has post-petition arrears through September 2024 in the amount of $2,336.05.**
3. **That the Debtor is to cure the arrearage set forth in paragraph two (2) above as follows:**
    a. **The Debtor is to make a payment of $467.21 to Credit Acceptance by September 25, 2024 or Credit Acceptance shall be entitled to stay relief upon filing a Certification with the Court and serving it upon the Debtor, his attorney, and the Chapter 13 Trustee.**
    b. **Following the payment set forth in paragraph 3(a) above, the Debtor is to cure the remaining arrears by making his regular monthly payment of $467.21 plus an additional $622.95 (total payment of $1,090.16) for the months of October through December 2024.**

4. **That commencing October 2024, if the Debtor fails to make any payment to Credit Acceptance within thirty (30) days after it falls due, Credit Acceptance shall be entitled to stay relief upon filing a certification with the Court and serving it upon the Debtor, his attorney, and the Chapter 13 Trustee.**
5. **That the Debtor must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Credit Acceptance Corporation must be listed as loss payee. If the Debtor fails to maintain valid insurance on the vehicle, Credit Acceptance shall be entitled to stay relief upon filing a certification that insurance has lapsed with the Court and serving it upon the Debtor, his attorney, and the Chapter 13 Trustee.**
6. **That the Debtor is to pay a counsel fee of $524.00 to Credit Acceptance Corporation through his Chapter 13 Plan.**