UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Kevin Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, NJ 08619
(609) 584-0600

In Re:

Marquan Mutazz

Case No.: 24-13841

Judge: MBK

Chapter: 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**

☑ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

❑ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ❑ Motion for Relief from the Automatic Stay filed by____________________ ______________________, creditor,

A hearing has been scheduled for ______________________________, at __________ __m.

OR

❑ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for ______________________________, at __________ __m.

❑ Certification of Default filed by Credit Acceptance Corp, creditor,

I am requesting a hearing be scheduled on this matter.

OR

❑ Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

❑ Payments have been made in the amount of $ ____________________, but have not been accounted for. Documentation in support is attached hereto.

☑ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**: I fell behind on my vehicle payments due to family issues. Things are now getting better and I can provide my attorney with at least $3,000.00

❑ Other **(explain your answer)**: prior to the court hearing date. I respectfully request that any remaining arrears be capitalized over the next six (6) months.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 04/13/26 /s/ Marquan Mutazz
Debtor's Signature

Date: ________________________ ______________________________
Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d),if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default (*under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions) or a Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**